# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

> No. 23-30243   In Re Jefferson Parish
> USDC No. 2:18-CV-7889
> USDC No. 2:18-CV-8071
> USDC No. 2:18-CV-8218
> USDC No. 2:18-CV-9312
> USDC No. 2:19-CV-11133
> USDC No. 2:19-CV-14512

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. John E. W. Baay II
Mr. Bruce C. Betzer
Ms. Megan Brillault
Mr. Dean J. Favret
Mr. Charles Allen Foster
Mr. Michael Scott Futrell
Mr. Ernest Paul Gieger Jr.
Ms. Hope Lynette Harper
Ms. Louise Crouchet Higgins
Ms. Angela Cecelia Imbornone
Mr. Anthony D. Irpino
Ms. Sara Eliza James
Mr. Christopher D. Kratovil
Mr. Jason Zachary Landry
Ms. Carol L. Michel
Mr. Michael C. Mims
Mr. Casey W. Moll
Mr. John H. Paul
Mr. Eric C. Rowe
Mr. David John Schenck
Mr. Edwin Mark Shorty Jr.
Mr. James Slaughter