**mb&c**
Martzell, Bickford & Centola APC
Attorneys at Law

John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III
Neil F. Nazareth
Spencer R. Doody
Jason Z. Landry
Jeremy J. Landry

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

July 13, 2023

Hon. Whitney Jett
Office of the Clerk
United States Court of Appeals
Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

  Re: Case No. 23-30243; *In re: Jefferson Parish, et al.*

Dear Ms..Jett:

  Respondents-*Ictech-Bendeck* Plaintiffs write to provide a brief response to Petitioners-Defendants' July 13, 2023 letter purportedly submitted pursuant to FED. R. APP. P. 28(j).

  First, the Petitioners-Defendants' July 13, 2023 letter, on its face, is not appropriate under FED. R. APP. P. 28(j), but is rather an uninvited and unauthorized supplemental argumentative brief. Petitioners-Defendants' attempt to provide additional arguments should not be considered.

  In addition to the impropriety of their July 13, 2023 letter, Petitioners-Defendants incorrectly imply that Mary Rogers is one of the 13 *Addison* Plaintiffs who was scheduled to proceed to trial in September of this year. To be clear, she is not, and thus her claims were not scheduled to be adjudicated prior to class certification.

  Notwithstanding this indisputable fact, just today it came to the undersigned counsel's attention that Ms. Rogers' inclusion as a class representative within the *Ictech-Bendeck* Plaintiffs' June 15, 2023 class certification witness list was done so in error. Accordingly, to ensure that no *Ictech-Bendeck* class representative's claims will be (or could be) adjudicated prior to class certification, Ms. Rogers is being removed from the *Ictech-Bendeck* Plaintiffs' witness disclosure and will be substituted forthwith by a client of *Ictech-Bendeck* counsel.

               Respectfully,

               Jason Z. Landry
               Counsel for *Ictech-Bendeck* Plaintiffs

JZL/ll

338 Lafayette Street, New Orleans, Louisiana 70130
P: 504-581-9065 | F: 504-581-7635 | mb@mbfirm.com | www.mbfirm.com