No. 23-30243

# United States Court of Appeals
# for the Fifth Circuit

**Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou Inc., Waste Connections US, Inc., and Aptim Corporation,**
Petitioners

———————

On Petition for Writ of Mandamus to the United States District Court
for the Eastern District of Louisiana
Case No. 18-cv-7889
consolidated with 18-cv-8071,
18-cv-8218, and 18-cv-9312

Case No. 19-cv-11133
Consolidated with 19-cv-14512

———————

## MOTION FOR RECALL OF MANDATE PENDING PETITION FOR REHEARING *EN BANC*

Michael S. Futrell
Matthew D. Moghis
CONNICK AND CONNICK , LLC
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
(504) 681-6658

*Attorneys for Petitioner Jefferson Parish*

David J. Schenck
Christopher D. Kratovil
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, TX 75201
(214) 698-7892

*Attorneys for Petitioners Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

*[Additional Counsel Listed on Next Page]*

Ernest P. Gieger, Jr.
John E. W. Baay
J. Michael DiGiglia
Nicholas S. Bergeron
GIEGER, LABORDE
 & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
(504) 561-0400

*Attorneys for Petitioner Aptim Corp.*

Michael C. Mims
LISKOW & LEWIS, APLC
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

Megan R. Brillault
John H. Paul
BEVERIDGE & DIAMOND, P.C.
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

*Attorneys for Petitioners Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## MOTION FOR RECALL OF MANDATE

Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou Inc., Waste Connections US, Inc., and Aptim Corporation (collectively, Petitioners) respectfully request this Court recall and stay the mandate issued on August 24, 2023 (Doc. No. 106), on Petitioners' petition for a writ of mandamus, pending consideration of Petitioners' petition for rehearing *en banc* pursuant to Fed. R. App. P. 27(b) and Fed. R. App. P. 41.

On August 24, 2023, a panel of this Court in a published opinion unanimously denied the Petitioners' petition for a writ of mandamus (Doc. No. 103). The petition sought to direct the District Court to vacate its April 17, 2023 order setting a merits trial in the *Addison* mass action in advance of the determination of class certification in the closely related *Ictech-Bendeck* putative class action, in which all the *Addison* Plaintiffs are putative class members (Doc. No. 2). Because the Court issued the mandate at the same time that it denied the petition for writ of mandamus (Doc. Nos. 103 and 106), Petitioners did not have the opportunity to seek a stay of the mandate. Petitioners timely petitioned for rehearing *en banc* on September 7, 2023, because the panel's published opinion (i) conflicts with both Fed. R. Civ. P. 23 and the Supreme Court's holding in *American Pipe Constr. Co. v. Utah,* 414 U.S. 538 (1974) that a class action is a truly representative action, and (ii) involves a question of exceptional importance warranting *en banc* consideration by the Court (Doc. No. 108).

Petitioners now seek to recall the August 24 mandate to allow the Court to consider Petitioners' petition for rehearing *en banc*. Petitioners have demonstrated good cause for recall of the mandate and recall of the mandate is necessary to prevent injustice, for the reasons set forth in the petition for rehearing *en banc* (Doc. No. 108). Petitioners respectfully request that the Court act on this procedural motion and recall the mandate in this proceeding.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By:    */s/ David J. Schenck*
       David J. Schenck
       Texas Bar No. 17736870
       Christopher D. Kratovil
       Texas Bar No. 24027427
       DYKEMA GOSSETT PLLC
       1717 Main Street, Suite 4200
       Dallas, TX 75201
       (214) 698-7892


LISKOW & LEWIS, APLC

       Michael C. Mims (#33991)
       701 Poydras Street, Suite 5000
       New Orleans, Louisiana 70139
       (504) 581-7979

BEVERIDGE & DIAMOND, P.C.

       Megan R. Brillault
       John H. Paul
       825 Third Ave, 16th Floor
       New York, NY 10022

(212) 702-5400

James B. Slaughter
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

*Attorneys for Petitioners Louisiana Regional Landfill
Company, Waste Connections Bayou, Inc., and Waste
Connections US, Inc.*

CONNICK AND CONNICK, LLC

By: ___/s/ Michael S. Futrell_____
       Michael S. Futrell, La. Bar. No. 20819
       Matthew D. Moghis, La. Bar. No. 33994
       3421 N. Causeway Blvd., Suite 408
       Metairie, Louisiana 70002
       Telephone: (504) 681-6658
       Facsimile: (504) 838-9903
       E-mail: moghis@connicklaw.com

*Attorneys for Petitioner Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE,
L.L.C.

By: ___/s/ J. Michael DiGiglia_____
       Ernest P. Gieger, Jr. (6154)
       John E. W. Baay (22928)
       J. Michael DiGiglia (24378)
       Nicholas S. Bergeron (37585)
       Gieger, Laborde & Laperouse, L.L.C.
       Hancock Whitney Center
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011

*Attorneys for Petitioner Aptim Corp.*

3

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that:

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because this document contains 329 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft® Office Word 2016 in 14-Point Garamond font.

/*s*/ David J. Schenck
David J. Schenck

## CERTIFICATE OF CONFERENCE

I certify on September 11, 2023, counsel for Defendants notified counsel for the *Ictech-Bendeck* Plaintiffs and *Addison* Plaintiffs by email of the Defendants' intent to move to recall the mandate on Petitioners' petition for a writ of mandamus pending the Court's consideration of Petitioners' petition for rehearing *en banc*. Counsel for the *Ictech-Bendeck* Plaintiffs and *Addison* Plaintiffs stated that they will oppose Petitioners' petition for rehearing *en banc* and motion to recall the mandate.

/s/ John H. Paul
John H. Paul

## CERTIFICATE OF SERVICE

I certify that the motion for recall of mandate pending petition for rehearing *en banc* was filed with the Court's CM/ECF system on September 11, 2023, which will automatically send an electronic notice of filing to all counsel of record.

I further certify that on September 11, 2023 I caused copies of the motion for recall of mandate pending petition for rehearing en banc to be served via email to the District Court.

Hon. Susie Morgan
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C322
New Orleans, LA 70130

*/s/ David J. Schenck*
David J. Schenck